```
 1  JOHN B. SULLIVAN (State Bar No. 96742)
    jbs@severson.com
 2  MARY KATE SULLIVAN (State Bar No. 180203)
    mks@severson.com
 3  PHILIP BARILOVITS (State Bar No. 199944)
    pb@severson.com
 4  SEVERSON & WERSON
    A Professional Corporation
 5  One Embarcadero Center, Suite 2600
    San Francisco, CA  94111
 6  Telephone:    (415) 398-3344
    Facsimile:    (415) 956-0439
 7
    Attorneys for Defendants
 8  GREEN TREE SERVICING, LLC
    FEDERAL NATIONAL MORTGAGE
 9  ASSOCIATION
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA GLADKIHK,<br><br>         Plaintiff,<br><br>    vs.<br><br>NATIONAL CITY MORTGAGE, *et al.*<br><br>         Defendants. | Case No.: 2:10-cv-00852-MCE-DAD<br><br>**ORDER GRANTING GREEN TREE SERVICING LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO DISMISS**<br><br>Judge:    Hon. Morrison C. England, Jr.<br>Date:     September 16, 2010<br>Time:     2:00 p.m.<br>Ctrm:     7 |

11293/0048/808128.1

[PROPOSED] ORDER
Case No. 2:10-cv-00852-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

The request of Defendants Green Tree Servicing, LLC and Federal National Mortgage Association to appear by telephone at the above-entitled hearing for the motion to dismiss has been received by this Court.

For good cause appearing, IT IS HEREBY ORDERED that defendants request to appear telephonically is approved.  The Court understands that counsel for defendants direct landline telephone number is 415-677-5501.

IT IS SO ORDERED.

DATED:  September 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com